**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


CHRISTOPHER LEE CRESPIN,

      Plaintiff,

vs.                                                                    No. CV 18-00227 JCH/KRS


METROPOLITAN DETENTION CENTER,
and ABRAHAM GALLARDO,

      Defendants.


**ORDER TO SHOW CAUSE**

THIS MATTER is before the Court *sua sponte*. Plaintiff, Christopher Lee Crespin, filed

this civil rights proceeding under 42 U.S.C. § 1983 on March 7, 2018. (Doc. 1). Plaintiff did not

pay the $400.00 filing fee or submit an application to proceed without prepayment of fees or

costs pursuant to 28 U.S.C. § 1915. On March 12, 2018, the Court ordered Plaintiff to cure this

deficiency within 30 days by either paying the $400.00 filing fee or submitting an application to

proceed *in forma pauperis.* (Doc. 2). The Order advised Plaintiff that, if he failed to cure the

deficiency within the 30-day time period, the Court could dismiss this proceeding without further

notice. (Doc. 2 at 1). The Court also sent Plaintiff the forms for submitting an application under §

1915. (Doc. 2 at 2). More than 30 days has elapsed since entry of the Court's Order to Cure

Deficiency and Plaintiff has not paid the $400 filing fee, submitted an application to proceed

under § 1915, or otherwise responded to the Court's March 12, 2018 Order.

Under 28 U.S.C. §§ 1914(a) and 1915(a), the Court is required collect the filing fee from

the Plaintiff or authorize Plaintiff to proceed without prepayment of the fee. Plaintiff has failed

to either pay the $400.00 filing fee or submit an application to proceed under § 1915. Therefore,

the Court will order Plaintiff to show cause within twenty-one (21) days of the date of entry of this Order why this proceeding should not be dismissed for failure to comply with the requirements of 28 U.S.C. §§ 1914 and 1915 and with the Court's March 12, 2018 Order to Cure Deficiency. If Plaintiff does not show cause within twenty-one (21) days, the Court may dismiss this case without further notice.

IT IS ORDERED that Plaintiff, Christopher Lee Crespin, show cause, within twenty-one (21) days of entry of this Order, why his Prisoner's Civil Rights Complaint should not be dismissed for failure to prosecute or to comply with 28 U.S.C. §§ 1914 and 1915 and with the Court's March 12, 2018 Order to Cure Deficiency.

_____
UNITED STATES MAGISTRATE JUDGE